## Anna Etkeson, Appellee, v. Adyee Dunaway and Sallie Franklin, Appellants.
### Gen. No. 44,698.

opinion filed May 24, 1949; released for publication June 17, 1949. Braden, Hall, Barnes & Moss, for appellants;

Houston H. Hall, of counsel; Thaddeus B. Rowe, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.